# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN ENGLEKING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. 1:18-cv-01301-JPH-TAB |
| | ) |
| HOLSTEIN ASSOCIATION USA, INC. LONG TERM DISABILITY INSURANCE PLAN, | ) ) ) ) |
| | ) |
| Defendant. | ) |

> The Court acknowledges the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(ii), dkt. 24.
> JPH, 1/8/2019
> Distribution via ECF.

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)

Comes now the Plaintiff, Brian Engleking ("Plaintiff"), and the Defendant, Holstein Association USA, Inc. Long Term Disability Insurance Plan ("Defendant"), who hereby stipulate to the dismissal of Plaintiff's action against Defendant, with prejudice, each party to bear their own costs.

Respectfully Submitted:

/s/ Megan Troy
Megan E. Troy
Seyfarth Shaw LLP
233 South Wacker Drive
Chicago, IL 60606
(312) 460-5000
MTroy@seyfarth.com
*Attorney for Defendant*

/s/ David T. Vlink
David T. Vlink
Fillenwarth Dennerline Groth
& Towe, LLC
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
(317) 353-9363
DVlink@fdgtlaborlaw.com
*Attorney for Plaintiff*